UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LYLE MASTON, | 1:24-cv-00388-GSA (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |
| v. | |
| HEATHER SHIRLEY, et al., | |
| Defendant. | |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff, having been released from custody, Accordingly, it is HEREBY ORDERED that:

1.      The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2.      Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $405.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 22, 2024**                          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1