UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LYLE MASTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEATHER SHIRLEY, et al.,<br><br>　　　　Defendants. | No.  1:24-cv-00388 GSA (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER<br><br>(ECF No. 5)<br><br>SECOND AND FINAL ORDER DIRECTING PLAINTIFF TO FILE A NON-PRISONER IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL<br><br>PLAINTIFF'S NON-PRISONER IN FORMA PAUPERIS APPLICATION OR FULL FILING FEE PAYMENT DUE **JULY 25, 2024** |

　　　　Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　For the reasons stated below, given that Plaintiff is no longer incarcerated, the Court will disregard Plaintiff's application to proceed in forma pauperis form that was completed while he was still a prisoner.  ECF No. 5.  In addition, Plaintiff will be given a second and final opportunity either to file an in forma pauperis application for a non-prisoner, or to pay the filing fee in full.  He will be given fourteen days to take one of these two courses of action.

1

I.     RELEVANT PROCEDURAL HISTORY

On May 21, 2024, Plaintiff's application to proceed in forma pauperis was docketed.  ECF No. 5.  The application form that Plaintiff filed is one that is used strictly for prisoners.  See id. at 1.  On that same day, Plaintiff's notice of change of address was also docketed.  ECF No. 6.

Plaintiff's change of address form indicates that he is no longer incarcerated.  Id.  As a result, the day after Plaintiff's filings were docketed, the Court ordered Plaintiff either to complete and file an in forma pauperis form for a non-prisoner, or to pay the filing fee in full.  ECF No. 7.  Plaintiff was sent the non-prisoner application form and he was given thirty days to comply with the Court's order.  Id.

More than thirty days have now passed and Plaintiff has neither filed the application nor has he paid the filing fee in full.  He has not responded to the Court's order in any way.

II.     DISCUSSION

Once an individual is released from incarceration, if the filing fee has not been paid, upon release, a former inmate must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1).  See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); In re Prison Litigation Reform Act, 105 F.3d 1131, 1139 (6th Cir. 1997) (upon release, obligation to pay remainder of fees to be determined solely on question of whether individual qualifies for pauper status).   A released prisoner may proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners.   McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996); see DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003) (agreeing with McGann Court).

Normally, because Plaintiff has not responded to the Court's order, the Court would recommend that this matter be dismissed.  However, because Plaintiff's prisoner in forma pauperis application and his notice of change of address were docketed the same day, and the Court's order directing Plaintiff to file a non-prisoner application issued the following day, it is possible that Plaintiff's filings and the Court's order crossed in the mail and/or caused confusion.  Therefore, out of an abundance of caution, prior to recommending that this matter be dismissed, the Court will give Plaintiff a second and final opportunity either to file a non-prisoner in forma

pauperis application or to pay the filing fee in full.  In addition, because the pending prisoner in forma pauperis application filed by Plaintiff is no longer applicable given Plaintiff's release (see ECF No. 5), the Court will disregard it.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's application to proceed in forma pauperis for a non-prisoner form;

2. Within fourteen days from the date of this order – **by July 25, 2024,** – Plaintiff shall either complete the non-prisoner in forma pauperis application form or pay the filing fee in full, and

3. Plaintiff's pending application to proceed in forma pauperis by a prisoner (ECF No. 5) is DISREGARDED.

IT IS SO ORDERED.

Dated:   **July 11, 2024**              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE